# United States Court of Appeals
## For the First Circuit

No. 21-1111

AMAURY VLADIMIR REYES-BATISTA,

Petitioner,

v.

MERRICK B. GARLAND, Attorney General,

Respondent.

**ERRATA SHEET**

The opinion of this Court, issued on October 7, 2022, is amended as follows:

On page 9, line 2 of note 3 replace "2d. Cir." with "2d Cir."